UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HARIZ BIN ZOKORIAH                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:26-CV-505-CWR-ASH

JOSEPH B. EDLOW, ET AL.                                              DEFENDANTS

ORDER

Pro se Plaintiff Hariz Bin Zokoriah filed this action under 8 U.S.C. § 1447(b) on July 14, 2026, together with a motion [2] for authority to proceed in forma pauperis ("IFP"), or without prepaying fees or costs. Zokoriah submitted the AO 239 Long Form Application, but some of his responses are unclear and incomplete. For example, Zokoriah asserts an average monthly income of $2,500 from employment over the last year on page 1, but states on page 2 that the average of all his monthly income over the last year totaled only $250. Mot. [2] at 1–2. Zokoriah also fails to answer any of the questions about his "income amount expected next month." *Id.* at 1. Additionally, despite asserting he receives $2,500 in employment-related income, Zokoriah fails to list any employment history. *Id.* at 2. Further, Zokoriah lists as an asset a 2022 motor vehicle (a Tesla Model 3) valued at $20,000 while also stating that he is debt free.[1] *Id.* at 3. Lastly, Zokoriah's expenses are unclear as well. He asserts $1,000 in monthly housing costs, but only $270 in total monthly expenses. *Id.* at 4–5.

Therefore, Zokoriah is ordered to again complete the AO 239 Long Form Application. Additionally, the Court directs Zokoriah to carefully read the instructions provided in the form. Each section must be completed legibly and *in full*; he should leave no sections or boxes blank. If

---

[1] This raises a natural question; how is Zokoriah able to afford a $20,000 vehicle without the apparent need for a vehicle loan, but is unable to pay the filing fee?

the answer to a question is "0," "none," or "not applicable (N/A)," he should write that response. Zokoriah is further ordered to explain how he came to own the motor vehicle listed on his asset schedule. He should write his explanation on (or attach it to) his amended IFP application. Specifically, he shall state whether he paid for the vehicle himself or whether it was a gift. If Zokoriah paid himself, he shall state the source of the funds used to acquire the vehicle.

IT IS, THEREFORE, ORDERED that Zokoriah complete and return an AO 239 Long Form Application to the Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201 by July 30, 2026. Zokoriah shall also attach his explanation regarding his vehicle to this form. Zokoriah is cautioned that failure to comply with this Order may result in denial of his motion [2] without further notice.

**SO ORDERED AND ADJUDGED** this the 16th day of July, 2026.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE